THE HONORABLE Marc L. Barreca
**CHAPTER 13**
**HEARING DATE: August 10, 2016**
**HEARING TIME: 9:30 a.m.**
**LOCATION: Marysville, WA**
**RESPONSE DUE: August 3, 2016**

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

In re:

   Sheri Lee Rice

Debtor(s)

Case No. 16-12208 MLB Ch. 13

REPLY TO TRUSTEE'S MOTION TO DISMISS

**COMES NOW**, Debtor, by and through counsel, respond to the Trustee's Motion to Dismiss, in support of thereof alleges the following:

1. Debtor filed an amended plan August 3, 2016 and Debtor believes it will resolve the trustee's objection

**WHEREFORE**, based on the facts above, debtor requests an order denying or continuing the Trustee's motion to dismiss

**DATE**: August 3, 2016

Respectfully submitted:

/s/ Mark A. Ditton #45432_____

Mark A. Ditton, WSBA#45432
NW Debt Relief Law Firm
14900 Interurban Ave. S. #265
Seattle, WA 98168
206-674-4602

**CERTIFICATE OF SERVICE**

REPLY

1     The undersigned certifies that a copy of the foregoing was served upon all creditors and

2 interested parties on the attached mailing matrix by sending a true, full and exact copy enclosed

3 in a sealed envelope by regular postage, prepaid, U.S. Mail, or, where specified, electronically:

4 <u>*Served electronically:*</u>
Office of the U.S. Trustee;
5 K. Michael Fitzgerald; case trustee

6 Dated this 3rd Day of August, 2016.

7                                   <u>/s/ Mark A. Ditton #45432</u>
                                  Mark A. Ditton, WSBA #45432
8                                   Attorney for Debtor(s)

REPLY